IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **VIASAT, INC.,**<br><br>      **Plaintiff,**<br><br>vs.<br><br>**WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC.,**<br><br>      **Defendants.** | Case No. 6:21-cv-1230<br><br>**JURY TRIAL DEMANDED** |

## **PLAINTIFF VIASAT, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Viasat, Inc. ("Viasat") hereby states that it is a Delaware corporation, it has no parent corporation, and no other publicly held company owns 10% or more of its stock.

Dated: November 29, 2021

Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email:  melissa@gillamsmithlaw.com

J. Scott McBride (*Pro Hac Vice* pending)
Matthew R. Ford (*Pro Hac Vice* pending)
Nevin M. Gewertz (*Pro Hac Vice* pending)
BARTLIT BECK LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60654

(312) 494-4400
scott.mcbride@bartlitbeck.com
matthew.ford@bartlitbeck.com
nevin.gewertz@bartlitbeck.com

Nosson D. Knobloch (*Pro Hac Vice* pending)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
(303) 592-3100
nosson.knobloch@bartlitbeck.com

*Counsel for Plaintiff*