IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VIASAT, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION and WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>    Defendants. | Case No.: 6:21-cv-01230-ADA<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION FOR ENTRY OF SCHEDULING ORDER**

The Parties submit this Joint Motion for Entry of Scheduling Order. The proposed schedule is attached hereto.

Dated: May 6, 2022

By: */s/ Melissa R. Smith*  
    Melissa R. Smith, State Bar No. 24001351  
    GILLAM & SMITH, LLP  
    303 South Washington Avenue  
    Marshall, Texas 75670  
    Telephone: (903) 934-8450  
    Facsimile: (903) 934-9257  
    melissa@gillamsmithlaw.com

    J. Scott McBride (*Pro Hac Vice*)  
    Matthew R. Ford (*Pro Hac Vice*)  
    Nevin M. Gewertz (*Pro Hac Vice*)  
    BARTLIT BECK LLP  
    54 West Hubbard Street  
    Chicago, Illinois 60654  
    Telephone: (312) 494-4400  
    Facsimile: (312) 494-4440  
    scott.mcbride@bartlitbeck.com  
    matthew.ford@bartlitbeck.com  
    nevin.gewertz@bartlitbeck.com

    Nosson D. Knobloch (*Pro Hac Vice*)  
    Meg E. Fasulo (*Pro Hac Vice*)  
    BARTLIT BECK LLP  
    1801 Wewatta Street, Suite 1200  
    Denver, Colorado 80202  
    Telephone: (303) 592-3100  
    Facsimile: (303) 592-3140  
    nosson.knobloch@bartlitbeck.com  
    meg.fasulo@bartlitbeck.com

    *Attorneys for Plaintiff Viasat, Inc.*

By: */s/ L. Kieran Kieckhefer*  
    L. Kieran Kieckhefer (*Pro Hac Vice*)  
    SHEARMAN & STERLING LLP  
    535 Mission Street, 25th Floor  
    San Francisco, CA 94105  
    Telephone: (415) 616-1124  
    Facsimile: (415) 616-1199  
    kieran.kieckhefer@shearman.com

    David P. Whittlesey, State Bar No. 00791920  
    SHEARMAN & STERLING LLP  
    300 West 6th Street, 22nd Floor  
    Austin, Texas 78701  
    Telephone: (512) 647-1907  
    Facsimile: (512) 857-6602  
    david.whittlesey@shearman.com

    Matthew G. Berkowitz (*Pro Hac Vice*)  
    Patrick R. Colsher (*Pro Hac Vice*)  
    Yue (Joy) Wang (*Pro Hac Vice*)  
    SHEARMAN & STERLING LLP  
    1460 El Camino Real, 2nd Floor  
    Menlo Park, CA 94025  
    Telephone: (650) 838-3600  
    Facsimile: (650) 838-5141  
    matt.berkowitz@shearman.com  
    patrick.colsher@shearman.com  
    joy.wang@shearman.com

    Ahmed E. ElDessouki (*Pro Hac Vice*)  
    SHEARMAN & STERLING LLP  
    599 Lexington Avenue  
    New York, NY 10022  
    Telephone: (212) 838-4000  
    Facsimile: (646) 848-4908  
    ahmed.eldessouki@shearman.com

    *Attorneys for Defendants Western Digital Corporation and Western Digital Techs., Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system

*/s/ Melissa R. Smith*