IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **VIASAT, INC.,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**WESTERN DIGITAL CORPORATION and WESTERN DIGITAL TECHNOLOGIES, INC.,**<br><br>　　Defendants. | Case No. 6:21-cv-01230-ADA<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND ORDER DISMISSING WITH PREJUDICE DEFENDANT
<u>WESTERN DIGITAL CORPORATION</u>**

　　Plaintiff Viasat, Inc. and Defendants Western Digital Corporation and Western Digital Technologies, Inc. hereby move for an order dismissing all claims in this action against Western Digital Corporation WITHOUT PREJUDICE and according to the terms of the Agreement between the parties. Each party is to bear its own costs, expenses, and attorneys' fees.

　　The parties further stipulate that, should a dispute arise between the parties regarding the Agreement during the pendency of this litigation, any dispute will be heard by the judge that is presiding over the case at the time.

Dated: June 3, 2022

By: */s/ Melissa R. Smith*
    Melissa R. Smith, State Bar No. 24001351
    GILLAM & SMITH, LLP
    303 South Washington Avenue
    Marshall, Texas 75670
    Telephone: (903) 934-8450
    Facsimile: (903) 934-9257
    melissa@gillamsmithlaw.com

    J. Scott McBride (*Pro Hac Vice*)
    Matthew R. Ford (*Pro Hac Vice*)
    Nevin M. Gewertz (*Pro Hac Vice*)
    BARTLIT BECK LLP
    54 West Hubbard Street
    Chicago, Illinois 60654
    Telephone: (312) 494-4400
    Facsimile: (312) 494-4440
    scott.mcbride@bartlitbeck.com
    matthew.ford@bartlitbeck.com
    nevin.gewertz@bartlitbeck.com

    Nosson D. Knobloch (*Pro Hac Vice*)
    Meg E. Fasulo (*Pro Hac Vice*)
    BARTLIT BECK LLP
    1801 Wewatta Street, Suite 1200
    Denver, Colorado 80202
    Telephone: (303) 592-3100
    Facsimile: (303) 592-3140
    nosson.knobloch@bartlitbeck.com
    meg.fasulo@bartlitbeck.com

    *Attorneys for Plaintiff Viasat, Inc.*

By: */s/ L. Kieran Kieckhefer*
    L. Kieran Kieckhefer (*Pro Hac Vice*)
    SHEARMAN & STERLING LLP
    535 Mission Street, 25th Floor
    San Francisco, CA 94105
    Telephone: (415) 616-1124
    Facsimile: (415) 616-1199
    kieran.kieckhefer@shearman.com

    David P. Whittlesey, State Bar No. 00791920
    SHEARMAN & STERLING LLP
    300 West 6th Street, 22nd Floor
    Austin, Texas 78701
    Telephone: (512) 647-1907
    Facsimile: (512) 857-6602
    david.whittlesey@shearman.com

    Matthew G. Berkowitz (*Pro Hac Vice*)
    Patrick R. Colsher (*Pro Hac Vice*)
    Lillian J. Mao (*Pro Hac Vice*)
    Yue (Joy) Wang (*Pro Hac Vice*)
    SHEARMAN & STERLING LLP
    1460 El Camino Real, 2nd Floor
    Menlo Park, CA 94025
    Telephone: (650) 838-3600
    Facsimile: (650) 838-5141
    matt.berkowitz@shearman.com
    patrick.colsher@shearman.com
    lillian.mao@shearman.com
    joy.wang@shearman.com

    Ahmed E. ElDessouki (*Pro Hac Vice*)
    SHEARMAN & STERLING LLP
    599 Lexington Avenue
    New York, NY 10022
    Telephone: (212) 838-4000
    Facsimile: (646) 848-4908
    ahmed.eldessouki@shearman.com

    *Attorneys for Defendants Western Digital Corporation and Western Digital Techs., Inc.*

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system

*/s/ Melissa R. Smith*
