IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VIASAT, INC.,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>WESTERN DIGITAL CORPORATION and WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>　　　　Defendants. | Case No. 6:21-cv-01230-ADA<br><br>JURY TRIAL DEMANDED |

**STIPULATION AND ORDER DISMISSING WITHOUT PREJUDICE DEFENDANT
<u>WESTERN DIGITAL CORPORATION</u>**

Plaintiff Viasat, Inc. and Defendants Western Digital Corporation and Western Digital Technologies, Inc. hereby move for an order dismissing all claims in this action against Western Digital Corporation WITHOUT PREJUDICE and according to the terms of the Agreement between the parties. Each party is to bear its own costs, expenses, and attorneys' fees.

The parties further stipulate that, should a dispute arise between the parties regarding the Agreement during the pendency of this litigation, any dispute will be heard by the judge that is presiding over the case at the time.

Dated: June 3, 2022

By: */s/ Melissa R. Smith*  
    Melissa R. Smith, State Bar No. 24001351  
    GILLAM & SMITH, LLP  
    303 South Washington Avenue  
    Marshall, Texas 75670  
    Telephone: (903) 934-8450  
    Facsimile: (903) 934-9257  
    melissa@gillamsmithlaw.com

    J. Scott McBride (*Pro Hac Vice*)  
    Matthew R. Ford (*Pro Hac Vice*)  
    Nevin M. Gewertz (*Pro Hac Vice*)  
    BARTLIT BECK LLP  
    54 West Hubbard Street  
    Chicago, Illinois 60654  
    Telephone: (312) 494-4400  
    Facsimile: (312) 494-4440  
    scott.mcbride@bartlitbeck.com  
    matthew.ford@bartlitbeck.com  
    nevin.gewertz@bartlitbeck.com

    Nosson D. Knobloch (*Pro Hac Vice*)  
    Meg E. Fasulo (*Pro Hac Vice*)  
    BARTLIT BECK LLP  
    1801 Wewatta Street, Suite 1200  
    Denver, Colorado 80202  
    Telephone: (303) 592-3100  
    Facsimile: (303) 592-3140  
    nosson.knobloch@bartlitbeck.com  
    meg.fasulo@bartlitbeck.com

    *Attorneys for Plaintiff Viasat, Inc.*

By: */s/ L. Kieran Kieckhefer*  
    L. Kieran Kieckhefer (*Pro Hac Vice*)  
    SHEARMAN & STERLING LLP  
    535 Mission Street, 25th Floor  
    San Francisco, CA 94105  
    Telephone: (415) 616-1124  
    Facsimile: (415) 616-1199  
    kieran.kieckhefer@shearman.com

    David P. Whittlesey, State Bar No. 00791920  
    SHEARMAN & STERLING LLP  
    300 West 6th Street, 22nd Floor  
    Austin, Texas 78701  
    Telephone: (512) 647-1907  
    Facsimile: (512) 857-6602  
    david.whittlesey@shearman.com

    Matthew G. Berkowitz (*Pro Hac Vice*)  
    Patrick R. Colsher (*Pro Hac Vice*)  
    Lillian J. Mao (*Pro Hac Vice*)  
    Yue (Joy) Wang (*Pro Hac Vice*)  
    SHEARMAN & STERLING LLP  
    1460 El Camino Real, 2nd Floor  
    Menlo Park, CA 94025  
    Telephone: (650) 838-3600  
    Facsimile: (650) 838-5141  
    matt.berkowitz@shearman.com  
    patrick.colsher@shearman.com  
    lillian.mao@shearman.com  
    joy.wang@shearman.com

    Ahmed E. ElDessouki (*Pro Hac Vice*)  
    SHEARMAN & STERLING LLP  
    599 Lexington Avenue  
    New York, NY 10022  
    Telephone: (212) 838-4000  
    Facsimile: (646) 848-4908  
    ahmed.eldessouki@shearman.com

    *Attorneys for Defendants Western Digital Corporation and Western Digital Techs., Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system

                                                    */s/ Melissa R. Smith*