UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VIASAT, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> WESTERN DIGITAL CORPORATION and WESTERN DIGITAL TECHNOLOGIES, INC., <br><br> *Defendants*. | Case No. 6:21-cv-01230-ADA <br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S PRELIMINARY INFRINGEMENT CONTENTIONS**

The Court, having considered the motion filed by Western Digital Technologies, Inc. to strike Viasat, Inc.'s Preliminary Infringement Contentions, and all other documents and argument relating to the motion, hereby ORDERS that the motion is granted.

Viasat, Inc.'s Preliminary Infringement Contentions are struck as to any uncharted product that does not implement the Sentinel technology.

IT IS ORDERED

SIGNED this _____ day of _____, 2022

_____
HON. ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE