## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| VIASAT, INC., | |
| *Plaintiff*, | |
| v. | Case No. 6:21-cv-01230-ADA |
| WESTERN DIGITAL CORPORATION, WESTERN DITIGAL TECHNOLOGIES, INC., | JURY TRIAL DEMANDED |
| *Defendant*. | |

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL
## OF RECORD FOR WESTERN DIGITAL TECHNOLOGIES, INC.

Defendant Western Digital Technologies, Inc.'s ("WDT"),[1] submits this Unopposed Motion for Withdrawal of Matthew G. Berkowitz, Patrick R. Colsher, and Yue (Joy) Wang as Counsel of Record for WDT in the above-referenced matter.

Matthew G. Berkowitz, Patrick R. Colsher, and Yue (Joy) Wang have left the firm of Shearman & Sterling LLP.  All other counsel of record will continue to represent WDT in this matter.  Opposing counsel has been notified of this matter and does not oppose.

WHEREFORE, WDT requests that this Motion for Withdrawal be granted and that Matthew G. Berkowitz, Patrick R. Colsher, and Yue (Joy) Wang be removed from all service lists and no longer receive electronic notices in this case as set forth in attached Proposed Order.

---

[1] Defendant Western Digital Corporation ("WDT") has been dismissed from this action. *See* Text Order granting dismissal, dated Nov. 21, 2022; *see also* D.I. 46, 48.

Dated: May 31, 2023                    Respectfully submitted,

                                        */s/  L. Kieran Kieckhefer*
                                        L. Kieran Kieckhefer (*pro hac vice*)
                                        Gibson, Dunn & Crutcher LLP
                                        555 Mission Street, Suite 3000
                                        San Francisco, CA 94105-0921
                                        Telephone: 415. 393. 8337
                                        KKieckhefer@gibsondunn.com

                                        David P. Whittlesey
                                        Shearman & Sterling LLP
                                        300 West 6th Street, 22nd Floor
                                        Austin, TX 78701
                                        Telephone: 512.647.1907
                                        Facsimile: 512.857.6602
                                        David.Whittlesey@Shearman.com

                                        Lillian J. Mao (*pro hac vice*)
                                        Shearman & Sterling LLP
                                        1460 El Camino Real, 2nd Floor
                                        Menlo Park, CA 94025
                                        Telephone: 650.838.3737
                                        Facsimile: 650.838.5141
                                        Lillian.Mao@Shearman.com

                                        Ahmed ElDessouki (*pro hac vice*)
                                        Shearman & Sterling LLP
                                        599 Lexington Avenue
                                        New York, NY 10022
                                        Telephone: 212.848.4908
                                        Ahmed.ElDessouki@Shearman.com

                                        *Counsel for Defendant Western Digital Techs., Inc.*

### **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendant emailed counsel for Plaintiff regarding the relief requested in this motion. Counsel for Plaintiff confirmed Plaintiff does not oppose this motion.

*/s/  Ahmed ElDessouki*

### **CERTIFICATE OF SERVICE**

The undersigned hereby certified that a true and correct copy of the above and foregoing document has been served on May 31, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF.

*/s/  Ashley Duncum*