# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **VIASAT, INC.,**<br><br>　　Plaintiff,<br><br>vs.<br><br>**WESTERN DIGITAL TECHNOLOGIES, INC.,**<br><br>　　Defendant. | Case No. 6:21-cv-01230-ADA |

## NOTICE OF APPEARANCE OF ALLYSON N. HO

PLEASE TAKE NOTICE that Defendant Western Digital Technologies, Inc. ("Western Digital") hereby provides notice that attorney Allyson N. Ho is appearing as additional counsel of record in this case. Western Digital respectfully requests that copies of all pleadings, orders, notices, and other papers filed in this action be provided to Ms. Ho as follows:

> Allyson N. Ho
> GIBSON, DUNN & CRUTCHER LLP
> 2001 Ross Avenue, Suite 2100
> Dallas, TX 75201
> Telephone: 214.698.3100
> Facsimile:  214.571.2900
> AHo@gibsondunn.com

Dated:  June 21, 2023          Respectfully submitted,

*/s/ Allyson N. Ho*
Allyson N. Ho
Texas Bar No. 24033667
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900
Email: AHo@gibsondunn.com

*Attorney for Defendant Western Digital Technologies, Inc.*

## CERTIFICATE OF SERVICE

I certify that, on June 21, 2023, I caused a true and correct copy of the foregoing to be electronically filed with the CM/ECF system of the United States District Court for the Western District of Texas, which will automatically send e-mail notification of such filing to all counsel of record.

*s/ Allyson N. Ho*
Allyson N. Ho

*Attorney for Defendant Western Digital Technologies, Inc.*
