United States District Court
Western District of Texas
Waco
**Deficiency Notice**

| | |
|---|---|
| To: | Ho, Allyson Newton |
| From: | Court Operations Department, Western District of Texas |
| Date: | Thursday, June 22, 2023 |
| Re: | 06:21-CV-01230-ADA / Doc # 137 / Filed On: 06/21/2023 10:56 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Certificate of Service states that service was accomplished via CM/ECF. However, a notice goes out to all attys, the document filed is not accessible. Please secure another means of service and file a corrected Certificate of Service linked to document #137.(see Local Rule CV-5.2(e)).