# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS WACO DIVISION

| | |
|---|---|
| VIASAT, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION and WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>      Defendants. | Case No. 6:21-cv-01230-ADA |

## JOINT MOTION REGARDING PROPOSAL TO MODIFY THE SCHEDULING ORDERS

Plaintiff Viasat, Inc. and Defendants Western Digital Corporation and Western Digital Technologies, Inc., respectfully submit this Joint Motion to Modify the Scheduling Orders in the above-captioned case. These scheduling changes are needed to allow the parties more time to complete document and deposition discovery.

| Current Deadline | New Deadline | Event |
|---|---|---|
| 7/28/2023 | 9/22/2023 | Deadline for document production to be substantially complete, where "substantially complete" means that both parties believe in good faith that they've identified and produced all the documents requested (with the understanding that there may be a small number of outstanding items or documents that support the party's case in chief) |
| 8/31/2023 | 11/3/2023 | Final Infringement & Invalidity Contentions |
| 9/7/2023 | 11/9/2023 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |

| Current Deadline | New Deadline | Event |
|---|---|---|
| 9/11/2023 | 11/14/2023 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, the parties are to contact the Court's law clerk to arrange a teleconference with the Court to resolve the disputed issues |
| 10/10/2023 | 1/12/2024 | Close of Fact Discovery |
| 10/17/2023 | 1/31/2024 | Opening Expert Reports |
| 11/14/2023 | 3/13/2024 | Rebuttal Expert Reports |
| 12/5/2023 | 4/3/2024 | Close of Expert Discovery |
| 12/11/2023 | 4/10/2024 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court's law clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer |
| 12/19/2023 | 4/17/2024 | Dispositive motion deadline and Daubert motion deadline |
| 1/9/2024 | 5/8/2024 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery, and deposition designations) |
| 1/11/2024 | 5/15/2024 | Opposition to dispositive motion and Daubert motions |
| 1/16/2024 | 5/29/2024 | Reply to opposition dispositive motion and Daubert motions |
| 1/23/2024 | 5/22/2024 | Serve objections to pretrial disclosures/rebuttal disclosures |
| 8 weeks before trial | 8 weeks before trial | Parties to jointly email the Court's law clerk (See OGP at 1) to confirm their pretrial conference and trial dates |
| 1/30/2024 | 5/31/2024 | Serve objections to rebuttal disclosures; file Motions *in limine* |
| 2/6/2024 | 6/7/2024 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery, and deposition designations); file oppositions to Motions *in limine* |

| Current Deadline | New Deadline | Event |
|---|---|---|
| 2/13/2024 | 6/14/2024 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com |
|  | 6/12/2024 | Replies to motions *in limine* |
| 2/13/2024 | 6/14/2024 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine* |
| 3 business days before Final Pretrial Conference [2/21/2024, or as soon as practicable] | 3 business days before Final Pretrial Conference [6/19/24, or as soon as practicable] | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine* |
| TBD at the Court's convenience [2/27/2024, or as soon as practicable] | TBD at the Court's convenience [6/24/2024, or as soon as practicable] | Final Pretrial Conference. Held in person unless otherwise requested |
| TBD at the Court's convenience [3/18/2024, or as soon as practicable] | TBD at the Court's convenience [7/15/2024, or as soon as practicable] | Jury Selection/Trial |

Dated:  August 10, 2023

By:  */s/ J. Scott McBride*
Melissa R. Smith, State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
(903) 934-8450
melissa@gilliamsmithlaw.com

J. Scott McBride (*Pro Hac Vice*)
Matthew R. Ford (*Pro Hac Vice*)
Nevin M. Gewertz (*Pro Hac Vice*)
Tulsi E. Gaonkar (*Pro Hac Vice*)
Jessica R. Bernhardt (*Pro Hac Vice*)
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, Illinois 60654
(312) 494-4400
scott.mcbride@bartlitbeck.com
matthew.ford@bartlitbeck.com
nevin.gewertz@bartlitbeck.com
tulsi.gaonkar@bartlitbeck.com
jessica.bernhardt@bartlitbeck.com


Nosson D. Knobloch (*Pro Hac Vice*)
Meg E. Fasulo (*Pro Hac Vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, Colorado 80202
(303) 592-3100
nosson.knobloch@bartlitbeck.com
meg.fasulo@bartlitbeck.com

*Counsel for Plaintiff*
*Viasat, Inc.*

4

| | |
|---|---|
| Dated:  August 10, 2023 | By: */s/ L. Kieran Kieckhefer* <br> L. Kieran Kieckhefer <br> GIBSON DUNN & CRUTCHER LLP <br> 555 Mission Street, St 3000 <br> San Francisco, CA 94105 <br> 415-393-8200 <br> kkieckhefer@gibsondunn.com <br><br> Ahmed ElDessouki <br> GIBSON, DUNN & CRUTCHER LLP <br> 200 Park Ave. <br> New York, NY 10166 <br> (212) 351-2345 <br> aeldessouki@gibsondunn.com <br><br> David Philip Whittlesey <br> SHEARMAN & STERLING LLP <br> 300 West 6th Street, Suite 2250 <br> Austin, TX 78701 <br> 512-647-1907 <br> Fax: 512-647-1899 <br> David.Whittlesey@Shearman.com <br><br> Lillian J Mao <br> GIBSON DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palto Alto, CA 94301-1211 <br> (650) 849-5307 <br> lmao@gibsondunn.com <br><br> *Attorneys for Defendant Western Digital Technologies, Inc.* |

## CERTIFICATE OF SERVICE

I certify that, on August 10, 2023, I caused a true and correct copy of the foregoing to be electronically filed with the CM/ECF system of the United States District Court for the Western District of Texas, which will automatically send e-mail notification of such filing to all counsel of record.

*/s/ Ahmed ElDessouki*