IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN
DISTRICT OF TEXAS WACO
DIVISION

| VIASAT, INC., | |
|---|---|
| Plaintiff, | |
| v. | Case No. 6:21-cv-01230-ADA |
| WESTERN DIGITAL CORPORATION and WESTERN DIGITAL TECHNOLOGIES, INC., | |
| Defendants. | |

**ORDER MODIFYING THE SCHEDULING ORDERS**

Before the Court is Plaintiff Viasat, Inc.'s and Defendants Western Digital Corporation and Western Digital Technologies, Inc.'s Joint Motion Regarding Competing Proposals to Modify the Scheduling Orders. The Court, having considered the motion, ORDERS that certain deadlines are modified as noted below. No other deadlines in the Scheduling Orders are affected by this Order.

| Current Deadline | New Deadline | Event |
|---|---|---|
| 7/28/2023 | 9/22/2023 | Deadline for document production to be substantially complete, where "substantially complete" means that both parties believe in good faith that they've identified and produced all the documents requested (with the understanding that there may be a small number of outstanding items or documents that support the party's case in chief) |
| 8/31/2023 | 11/3/2023 | Final Infringement & Invalidity Contentions |
| 9/7/2023 | 11/9/2023 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |

3

| Current Deadline | New Deadline | Event |
|---|---|---|
| 9/11/2023 | 11/14/2023 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, the parties are to contact the Court's law clerk to arrange a teleconference with the Court to resolve the disputed issues |
| 10/10/2023 | 1/12/2024 | Close of Fact Discovery |
| 10/17/2023 | 1/31/2023 | Opening Expert Reports |
| 11/14/2023 | 3/13/2024 | Rebuttal Expert Reports |
| 12/5/2023 | 4/3/2024 | Close of Expert Discovery |
| 12/11/2023 | 4/10/2024 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court's law clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer |
| 12/19/2023 | 4/17/2024 | Dispositive motion deadline and Daubert motion deadline |
| 1/9/2024 | 5/8/2024 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery, and deposition designations) |
| 1/11/2024 | 5/15/2024 | Opposition to dispositive motion and Daubert motions |
| 1/16/2024 | 5/29/2024 | Reply to opposition dispositive motion and Daubert motions |
| 1/23/2024 | 5/22/2024 | Serve objections to pretrial disclosures/rebuttal disclosures |
| 8 weeks before trial | 8 weeks before trial | Parties to jointly email the Court's law clerk (See OGP at 1) to confirm their pretrial conference and trial dates |
| 1/30/2024 | 5/31/2024 | Serve objections to rebuttal disclosures; file Motions *in limine* |
| 2/6/2024 | 6/7/2024 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery, and deposition designations); file oppositions to Motions *in limine* |

4

| Current Deadline | New Deadline | Event |
|---|---|---|
| 2/13/2024 | 6/14/2024 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com |
| | 6/12/2024 | Replies to motions *in limine* |
| 2/13/2024 | 6/14/2024 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine* |
| 3 business days before Final Pretrial Conference [2/21/2024, or as soon as practicable] | 3 business days before Final Pretrial Conference [6/19/24, or as soon as practicable] | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine* |
| TBD at the Court's convenience [2/27/2024, or as soon as practicable] | 6/24/2024 | Final Pretrial Conference. Held in person unless otherwise requested |
| TBD at the Court's convenience [3/18/2024, or as soon as practicable] | 7/15/2024 | Jury Selection/Trial |

Signed this 11th day of August, 2023.

THE HONORABLE ALAN D ALBRIGHT

5