IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **VIASAT, INC.,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**WESTERN DIGITAL CORPORATION and WESTERN DIGITAL TECHNOLOGIES, INC.,**<br><br>    **Defendants.** | Case No.: 6:21-cv-01230-ADA<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION TO EXTEND AND MODIFY BRIEFING SCHEDULE**

WHEREAS Plaintiff Viasat, Inc. ("Viasat") filed a Motion to Strike Defendant Western Digital Technologies, Inc.'s ("WDT") Amended Answer to Viasat's First Amended Complaint (D.I. 168) on Friday December 22, 2023; and

WHEREAS the deadline for WDT to file an opposition to Viasat's Motion to Strike is currently Friday January 5, 2024, and Viasat's deadline to file a reply to WDT's opposition is currently Friday January 12, 2023.

Viasat and WDT hereby stipulate and agree to the following extended briefing schedule in connection with Viasat's Motion to Strike:

- Wednesday January 10, 2024: Deadline for WDT to file an opposition to Viasat's Motion to Strike

- Friday January 19, 2024: Deadline for Viasat to file a reply to WDT's opposition to Viasat's Motion to Strike

Dated: January 4, 2024

Respectfully submitted,

| | |
|---|---|
| */s/     Ahmed ElDessouki* | */s/     Meg Fasulo* |

L. Kieran Kieckhefer
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, St 3000
San Francisco, CA 94105
(415) 393-8200
kkieckhefer@gibsondunn.com

Ahmed ElDessouki
GIBSON, DUNN & CRUTCHER LLP
200 Park Ave.
New York, NY 10166
(212) 351-2345
aeldessouki@gibsondunn.com

Lillian J Mao
GIBSON DUNN & CRUTCHER LLP
1881 Page Mill Road
Palto Alto, CA 94301-1211
(650) 849-5307
lmao@gibsondunn.com

Brian Buroker
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Suite 200
Washington, DC 20036
(202) 955-8541
bburoker@gibsondunn.com

Barry K. Shelton, Texas State Bar No. 24055029
Winston & Strawn LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453 6407
bshelton@winston.com

*Counsel for Defendant Western Digital Technologies, Inc.*

Melissa R. Smith, State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

J. Scott McBride (Pro Hac Vice)
Matthew R. Ford (Pro Hac Vice)
Nevin M. Gewertz (Pro Hac Vice)
Tulsi E. Gaonkar (Pro Hac Vice)
Jessica Bernhardt (Pro Hac Vice)
BARTLIT BECK LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
scott.mcbride@bartlitbeck.com
matthew.ford@bartlitbeck.com
nevin.gewertz@bartlitbeck.com
tulsi.gaonkar@bartlitbeck.com
jessica.bernhardt@bartlitbeck.com

Nosson D. Knobloch (Pro Hac Vice)
Meg Fasulo (Pro Hac Vice)
Samara Hoose (Pro Hac Vice)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
nosson.knobloch@bartlitbeck.com
meg.fasulo@bartlitbeck.com
samara.hoose@bartlitbeck.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on January 4, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing to counsel of record for Defendant.

/s/ *Ahmed ElDessouki*