IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **VIASAT, INC.,**<br><br>    Plaintiff,<br><br>vs.<br><br>**WESTERN DIGITAL CORPORATION and WESTERN DIGITAL TECHNOLOGIES, INC.,**<br><br>    Defendants. | Case No.:  6:21-cv-01230-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT NOTICE TO THE COURT CONCERNING AN EXTENSION OF TIME

Plaintiff Viasat, Inc., and Defendant Western Digital Technologies, Inc., provide this joint notice to the Court that the parties have agreed to extend the due dates for the Motion to Stay. The deadline for Viasat to file an opposition to Western Digital's Motion to Stay is currently Wednesday, January 17, 2024, and Western Digital's deadline to file a reply to Viasat's opposition is currently Wednesday, January 24, 2024. The agreed due dates are as follows:

- January 22, 2024: Plaintiff Viasat, Inc.'s Response to Defendant Western Digital Technologies, Inc.'s Motion to Stay Pending Resolution of *Inter Parties* Review of the Asserted Patents.

- January 31, 2024: Defendant Western Digital Technologies, Inc.'s Reply in Support of Motion to Stay Pending Resolution of *Inter Parties* Review of the Asserted Patents.

Dated: January 16, 2024

*/s/      Robert Vincent*
L. Kieran Kieckhefer
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, St 3000
San Francisco, CA 94105
(415) 393-8200
kkieckhefer@gibsondunn.com

Respectfully submitted,

*/s/      Meg Fasulo*
Melissa R. Smith, State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Ahmed ElDessouki
GIBSON, DUNN & CRUTCHER LLP
200 Park Ave.
New York, NY 10166
(212) 351-2345
aeldessouki@gibsondunn.com

Lillian J Mao
GIBSON DUNN & CRUTCHER LLP
1881 Page Mill Road
Palto Alto, CA 94301-1211
(650) 849-5307
lmao@gibsondunn.com

Brian Buroker
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Suite 200
Washington, DC 20036
(202) 955-8541
bburoker@gibsondunn.com

Robert Vincent
GIBSON DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201
(214) 698-3281
rvincent@gibsondunn.com

Barry K. Shelton, Texas State Bar No. 24055029
Winston & Strawn LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453 6407
bshelton@winston.com

*Counsel for Defendant Western Digital Technologies, Inc.*

Email: melissa@gillamsmithlaw.com

J. Scott McBride (*Pro Hac Vice*)
Matthew R. Ford (*Pro Hac Vice*)
Nevin M. Gewertz (*Pro Hac Vice*)
Tulsi E. Gaonkar (*Pro Hac Vice*)
Jessica Bernhardt (*Pro Hac Vice*)
BARTLIT BECK LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
scott.mcbride@bartlitbeck.com
matthew.ford@bartlitbeck.com
nevin.gewertz@bartlitbeck.com
tulsi.gaonkar@bartlitbeck.com
jessica.bernhardt@bartlitbeck.com

Nosson D. Knobloch (*Pro Hac Vice*)
Meg Fasulo (*Pro Hac Vice*)
Samara Hoose (*Pro Hac Vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
nosson.knobloch@bartlitbeck.com
meg.fasulo@bartlitbeck.com
samara.hoose@bartlitbeck.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I certify that on January 16, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing to counsel of record for Defendant.

                                    /s/ *Melissa R. Smith*