IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VIASAT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WESTERN DIGITAL CORPORATION and WESTERN DIGITAL TECHNOLOGIES, INC., <br><br> Defendants. | Case No.: 6:21-cv-01230-ADA <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF VIASAT, INC.'S AMENDED CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Viasat, Inc. ("Viasat") hereby submits this amended disclosure statement:

Viasat is a Delaware corporation and has no parent corporation.

Blackrock, Inc. is the only entity that owns 10% or more of Viasat's stock.

Dated: October 11, 2024

Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith, State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Andrew Thompson Gorham, Bar No. 24012715
James Travis Underwood, Bar No. 24102587
GILLAM & SMITH, L.L.P.
102 N. College, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
tom@gillamsmithlaw.com
travis@gillamsmithlaw.com

J. Scott McBride (*Pro Hac Vice*)
Matthew R. Ford (*Pro Hac Vice*)
Nevin M. Gewertz (*Pro Hac Vice*)
Meg Fasulo (*Pro Hac Vice*)
Jessica Bernhardt (*Pro Hac Vice*)
Ravi D. Shah (*Pro Hac Vice*)
BARTLIT BECK LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
scott.mcbride@bartlitbeck.com
matthew.ford@bartlitbeck.com
nevin.gewertz@bartlitbeck.com
meg.fasulo@bartlitbeck.com
jessica.bernhardt@bartlitbeck.com
ravi.shah@bartlitbeck.com

Nosson D. Knobloch (*Pro Hac Vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
nosson.knobloch@bartlitbeck.com

*Counsel for Plaintiff Viasat, Inc.*

2

## **CERTIFICATE OF SERVICE**

      I certify that on October 11, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing to counsel of record for Defendants.

                                                                       /s/ *Melissa R. Smith*