IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VIASAT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WESTERN DIGITAL TECHNOLOGIES, INC., <br><br> Defendant. | Case No.: 6:21-cv-01230-ADA <br><br> JURY TRIAL DEMANDED |

**DEFENDANT'S UNOPPOSED MOTION FOR WITHDRAWAL OF ATTORNEYS RUSTIN MANGUM AND SPENCER RIRIE**

Defendant Western Digital Technologies, Inc. ("Defendant") respectfully moves for Rustin Mangum and Spencer Ririe of the law firm Mangum Ririe LLP to be permitted to withdraw as counsel for Defendant in this case. The withdrawal of Rustin Mangum and Spencer Ririe will not delay this proceeding and will not prejudice any party. Defendant will continue to be represented by Gibson, Dunn & Crutcher LLP and Shelton Coburn LLP. Counsel for Defendant has conferred with counsel for Plaintiff, who indicated Plaintiff is not opposed to the granting of this motion.

Defendant respectfully requests that the Court grant this Motion and enter an order permitting Rustin Mangum and Spencer Ririe to withdraw from this action as counsel for Defendant. Defendant further requests that the Court and all parties remove Rustin Mangum and Spencer Ririe from all service lists, including ECF service lists, and cease to serve them with orders, motions, discovery, and all other documents subject to service and/or notice in this proceeding.

Dated: July 31, 2025

Respectfully submitted,

*/s/ Barry K. Shelton*

L. Kieran Kieckhefer
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, St 3000
San Francisco, CA 94105
(415) 393-8200
kkieckhefer@gibsondunn.com

Ahmed ElDessouki
GIBSON, DUNN & CRUTCHER LLP
200 Park Ave.
New York, NY 10166
(212) 351-2345
aeldessouki@gibsondunn.com

Lillian J Mao
GIBSON DUNN & CRUTCHER LLP
1881 Page Mill Road
Palto Alto, CA 94301-1211
(650) 849-5307
lmao@gibsondunn.com

Brian Buroker
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Suite 200
Washington, DC 20036
(202) 955-8541
bburoker@gibsondunn.com

Barry K. Shelton
Texas State Bar No. 24055029
Winston & Strawn LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453 6407
bshelton@winston.com

*Counsel for Defendant Western Digital Technologies, Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that the parties met and conferred regarding this Motion and that the Plaintiff does not oppose the relief sought herein.

*/s/ Barry K. Shelton*
Barry K. Shelton

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this document has been served on all counsel of record via the Court's ECF system on July 31, 2025.

*/s/ Barry K. Shelton*
Barry K. Shelton