IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **VIASAT, INC.,**<br><br>    Plaintiff,<br><br>vs.<br><br>**WESTERN DIGITAL TECHNOLOGIES, INC.,**<br><br>    Defendant. | **Case No.:  6:21-cv-01230-ADA**<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR WITHDRAWAL OF ATTORNEYS RUSTIN MANGUM AND SPENCER RIRIE**

Pending before the Court is Defendant's Motion for Withdrawal of Attorneys Rustin Mangum and Spencer Ririe ("Motion"). This Court, having considered Defendant's Motion and noting it is unopposed, HEREBY ORDERS that Defendant's Motion be GRANTED.

It is therefore ORDERED that Rustin Mangum and Spencer Ririe are permitted to withdraw as counsel of record for Defendant in this case. ECF notifications to Rustin Mangum and Spencer Ririe are to be terminated in this case.

SIGNED this _____ day of _____ 2025.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE