**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| VIASAT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SANDISK TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 6:21-cv-01230-ADA |

# JOINT STATUS REPORT

Plaintiff Viasat Inc. and Defendant Sandisk Technologies, Inc. hereby provide the following status report. The parties previously agreed to maintain a stay in this matter until after the trial in *Viasat, Inc. v. Kioxia Corp*. *See* Dkt. 212. During the week of July 13, 2026, a jury trial was held in that matter. *See Viasat, Inc. v. Kioxia Corp.*, 21-cv-1231, Dkt. 295.

The parties are negotiating a schedule for how the case should proceed. The parties agree that the stay should be lifted once the parties have filed a new case schedule.

Dated: August 6, 2026

*/s/ James Travis Underwood*

Melissa R. Smith, State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

James Travis Underwood, State Bar No. 24102587
GILLAM & SMITH, LLP
102 N. College, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: travis@gillamsmithlaw.com

J. Scott McBride (Pro Hac Vice)
Matthew R. Ford (Pro Hac Vice)
Nevin M. Gewertz (Pro Hac Vice)
Meg Fasulo (Pro Hac Vice)
BARTLIT BECK LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
scott.mcbride@bartlitbeck.com
matthew.ford@bartlitbeck.com
nevin.gewertz@bartlitbeck.com
meg.fasulo@bartlitbeck.com

Nosson D. Knobloch (Pro Hac Vice)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
nosson.knobloch@bartlitbeck.com

*Counsel for Plaintiff Viasat, Inc.*

*/s/ Brian Buroker*

Brian Buroker
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W., Suite 200
Washington, DC 20036
(202) 955-8541
bburoker@gibsondunn.com

Robert Vincent (Texas State Bar No. 24056474)
GIBSON DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
(214) 698 3281
rvincent@gibsondunn.com

Ahmed ElDessouki
GIBSON, DUNN & CRUTCHER LLP
200 Park Ave.
New York, NY 10166
(212) 351-2345
aeldessouki@gibsondunn.com

Lillian J Mao
GIBSON DUNN & CRUTCHER LLP
1881 Page Mill Road
Palto Alto, CA 94301-1211
(650) 849-5307
lmao@gibsondunn.com

Barry K. Shelton (Texas State Bar No. 24055029)
SHELTON COBURN LLP
311 RR 620 S, Suite 205
Austin, TX 78734
(512) 263 2165
bshelton@sheltoncoburn.com

*Counsel for Defendant Sandisk Techs., Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 6th day of August 2026, with a copy of this document via the Court's CM/ECF system.

*/s/ James Travis Underwood*